IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN ELWAIN HERNDON                                                                                   PLAINTIFF

v.                                         Civil No. 6:23-cv-06122-SOH-MEF

THOMAS DANIEL, Medical Provider,
Wellpath, Inc.;
WARDEN JARED BYERS, Ouachita River
Correctional Unit (ORCU);
MEDICAL ADMIN. CRYSTAL McCOY,
Wellpath, Inc.;
NANETTE VOWELL, Medical Provider;
LIEUTENANT RONDONI, ORCU;
LIEUTENANT WALTER, ORCU; and
CPL. JOSHUA BABINEAUX,
ADC Maintenance                                                                                       DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, John Elwain Herndon, a prisoner, has filed the above-captioned civil rights matter pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. (ECF No. 6). Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable Susan O. Hickey, United States District Court Chief Judge, referred this case to the undersigned for the purposes of making a Report and Recommendation on Plaintiff's Motion to Dismiss Case. (ECF No. 58).

## PROCEDURAL POSTURE[1]

While the Defendants' respective motions for summary judgment for failure to exhaust administrative remedies were pending, Wellpath filed for bankruptcy and the bankruptcy judge

---

[1] The Court does not endeavor to describe every docket entry, only those relevant to the pending Motion to Dismiss.

1

issued an order staying the lawsuits against Wellpath, including the claims against non-Debtor defendants. (ECF No. 55). Consistent with this Order, this Court stayed and administratively terminated these proceedings. (ECF No. 54). Approximately five months later, Wellpath filed a status report notifying the Court and parties that the bankruptcy judge had lifted the litigation stay. (ECF No. 57). Approximately five days later, Plaintiff filed a motion requesting to dismiss this case. (ECF No. 58). His motion states, in full, "Due to unexplained action to my cases [] my inmate account, I find it self-preserving to abandon my cases." *Id.*

This Court then issued an order lifting the stay in this case and directing the Defendants to respond to Plaintiff's Motion to Dismiss, failing which the Court would consider Plaintiff's request for dismissal unopposed. (ECF No. 59). The Defendants' response was due within 14 days of the date of the order, or by June 12, 2025. *Id.* That deadline has now passed, and no Defendant has filed a response to Plaintiff's motion to dismiss.

## **DISCUSSION**

Fed. R. Civ. P. 41(a) governs the voluntary dismissal of actions. Pursuant to that rule, where, as here, motions for summary judgment have been filed and the parties have not signed a stipulation for dismissal, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper . . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." Fed. R. Civ. P. 41(a)(2).

In this case, Plaintiff has requested to dismiss this action, and Defendants have filed no response opposing that request. Consistent with this Court's previous Order, therefore, the Court considers Plaintiff's Motion to Dismiss to be unopposed. Accordingly, the undersigned hereby recommends that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

## **CONCLUSION**

For the reasons stated above, it is RECOMMENDED that Plaintiff's Motion to Dismiss (ECF No. 58) be **GRANTED**, and that this matter therefore be **DISMISSED WITHOUT PREJUDICE**.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**STATUS OF REFERRAL: This case should no longer be referred.**

IT IS SO ORDERED this 17th day of June 2025.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE