IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN ELWAIN HERNDON                                                                          PLAINTIFF

v.                                           Case No. 6:23-cv-6122

THOMAS DANIEL, Medical Provider,
Wellpath, Inc.; WARDEN JARED
BYERS, Ouachita Correctional Unit (ORCU);
MEDICAL ADMIN. CRYSTAL MCCOY,
Wellpath, Inc.; NANETTE VOWELL, Medical
Provider; LIEUTENANT RONDONI, ORCU;
LIEUTENANT WALTER, ORCU; and
CPL. JOSHUA BABINEAUX, ADC Maintenance                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 17, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 60. Judge Ford recommends that Plaintiff's Motion to Dismiss (ECF No. 58) be granted.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 60) *in toto*. Accordingly, the Court finds that Plaintiff's Motion to Dismiss (ECF No. 58) should be and hereby is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of July, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge